Lynn Hubbard, III, SBN 69773
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandi Rush, | Case No. EDCV12-00667 VAP (SPx) |
| Plaintiff, | |
| vs. | **Notice of Voluntary Dismissal** |
| Regal Cinemas, Inc., | |
| Defendant. | |

TO THE COURT AND ALL PARTIES: PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff SANDI RUSH hereby voluntarily dismisses the above-entitled action, without prejudice, as to all parties.

Dated: May 10, 2012                DISABLED ADVOCACY GROUP, APLC


                            /s/ Lynn Hubbard, Esquire              /
                            LYNN HUBBARD, III
                            Attorney for Plaintiff